IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUSTY ROY MERO**                                                                                   **PLAINTIFF**

V.                           **CASE NO. 1:09CV0068 JLH-BD**

**BEVERLY CLAUNCH, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice and Plaintiff's application for leave to proceed *in forma pauperis* (#1) is DENIED as moot. Further, the Court certifies that an *in forma pauperis* appeal from this dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of March, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE